UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          v.<br><br>RONALD KATZ,<br><br>          Defendant. | 16-cr-715 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

     On June 12, 2017, Ronald Katz pled guilty to one count of obstructing and impeding administration of IRS laws in violation of 26 U.S.C. § 7212(a), and one count of tax evasion in violation of 26 U.S.C. § 7201. On November 20, 2017, the Court sentenced Katz to a term of imprisonment of nine months, to be followed by three years' post-release supervision, and a restitution obligation of $727,518.55. Katz has completed his term of imprisonment, as well as over one year of his term of supervised release, which began on October 12, 2018. Moreover, Katz has paid in full his restitution obligation.

     On consent of the Probation Department and without opposition from the Government, Katz now moves for early termination of his term of supervised release. Because Katz has served at least one year of supervised release, and the Court is satisfied that early termination is warranted by the conduct of

1

the defendant and the interest of justice, Katz's motion is granted. See 18 U.S.C. § 3583(e).

    SO ORDERED.

Dated:   New York, NY

         May 22, 2020

_____
United States District Judge